United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENDAVO, INC.,<br>               Plaintiff,<br>    v.<br>PRICE F(X) AG, et al.,<br>               Defendants. | Case No. 17-cv-06930-RS<br><br>**ORDER DENYING MOTION TO SHORTEN TIME AND MOTION TO COMPEL** |

Counsel for defendants offered to accept service on behalf of Price f(x) AG, a German entity, on the condition that plaintiff Vendavo not take discovery from any of the defendants until the then-pending motion to dismiss was decided. Vendavo accepted the offer. Although the wording of defense counsel's offer on its face applied only to discovery propounded *by* Vendavo, plaintiff's counsel apparently believed—and not unreasonably so—that a mutual stay on discovery was contemplated and agreed to. Vendavo therefore responded to certain written discovery propounded by defendant Price (f)x, Inc. with statements that substantive responses would be provided following a ruling on the motion to dismiss. Vendavo indicated it would treat the requests as if they were served on the day of the ruling.

Defendants now move to compel those responses, and also seek an order shortening time so that the motion to compel can be heard in conjunction with the initial Case Management Conference, presently set for April 12, 2018. As the order on the motion to dismiss issued today, defendants' motions are denied as moot.

1    It generally is the practice of the undersigned to continue the Initial Case Management conference until after the pleadings have been settled.  In light of defendants' demonstrated desire to proceed with discovery in advance of that conference, it will remain on calendar for April 12, 2018.  The parties are to file an updated joint case management statement one week in advance.  Pending that conference, all discovery proceedings are stayed, except and unless the parties reach mutual agreement otherwise.

**IT IS SO ORDERED**.

Dated:  March 23, 2018

_____
RICHARD SEEBORG
United States District Judge