L. SCOTT OLIVER (STATE BAR NO. 174824)
soliver@orrick.com
LILLIAN J. MAO (STATE BAR NO. 267410)
lmao@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

*Attorneys for Plaintiff Vendavo, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| VENDAVO, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRICE F(X) AG, PRICE F(X), INC., and DOES 1-10, <br><br> Defendants. | Case No. 17-cv-06930-RS <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CASE MANAGEMENT SCHEDULE** |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND [PROPOSED] ORDER
TO MODIFY CASE MANAGEMENT
SCHEDULE - 17-CV-06930-RS

Plaintiff Vendavo, Inc. ("Vendavo") and defendants Price f(x), Inc. and Price f(x) AG (together, "PFX") hereby stipulate and respectfully request that the Court modify the *Markman* Scheduling Order under the Patent Local Rules as follows. The Parties believe that the claim construction portion of this case would be made dramatically more efficient if the Parties are granted time to mutually supplement their infringement and invalidity contentions so as to provide one another with greater detail in their respective contentions. The software products at issue are complex, and the Parties' agreement to supplement their contentions will avoid protracted motion practice about the adequacy of their respective contentions.

Therefore, the Parties agree that the following schedule would enable Vendavo to provide more detailed infringement contentions, and PFX to provide more detailed invalidity contentions. Because a trial date has not yet been set, this change in the *Markman* process would not have an impact on other dates in the case.

In light of the time that the Parties will need to prepare such amended contentions, and to analyze one another's contentions before entering into the claim construction process, the Parties respectfully request that the Court amend the existing schedule as follows:

| **Event** | **Deadline** |
|---|---|
| Plaintiff to serve patent infringement contentions pursuant to Patent L.R. 3-1 and 3-2 | 1/10/2019 |
| Defendant to serve patent invalidity contentions pursuant to Patent L.R. 3-3 and 3-4 | 2/21/2019 |
| Exchange of Proposed Terms for Construction pursuant to Patent L.R. 4-1 | 3/7/2019 |
| Exchange of Preliminary Claim Construction and Extrinsic Evidence pursuant to Patent L.R. 4-2 | 3/21/2019 |
| Plaintiff to serve damages contentions pursuant to Patent L.R. 3-8 | 3/28/2019 |
| Joint Claim Construction and Prehearing Statement due pursuant to Patent L.R. 4-3 | 4/11/2019 |
| Defendants to serve responsive damages contentions pursuant to Patent L.R. 3-9 | 4/18/2019 |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

STIPULATION AND [PROPOSED] ORDER
TO MODIFY CASE MANAGEMENT
SCHEDULE - 17-CV-06930-RS

| | |
|---|---|
| Date to Complete Claim Construction Discovery pursuant to Patent L.R. 4-4 | 5/2/2019 |
| Plaintiff's Opening Claim Construction Brief due | 5/9/2019 |
| Defendants' Responsive Claim Construction Brief due | 5/30/2019 |
| Plaintiff's Reply Claim Construction Brief due | 6/20/2019 |
| *Markman* Hearing | ~~7/18/2019~~ <br> 7/19/2019 |

Dated: November 8, 2018     ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ L. Scott Oliver*
     L. Scott Oliver
     Attorneys for Plaintiff, Vendavo, Inc.

Dated: November 8, 2018     SHEARMAN & STERLING LLP

By: */s/ Matt Kerkowitz*
     Matt Berkowitz
     Attorneys for Defendant Price f(x) AG, and
     Price f(x), Inc.

**Filer's Attestation:** I, L. Scott Oliver, am the ECF User whose User ID and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that I have obtained concurrence in the filing of this document from the above-listed signatories.

By:  */s/ L. Scott Oliver*
     L. Scott Oliver

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 9, 2018     By: [signature]
                                United States District Judge