UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENDAVO, INC.,<br>　　　　Plaintiff,<br>　　v.<br>PRICE F(X) AG, et al.,<br>　　　　Defendants. | Case No. 17-cv-06930-RS (KAW)<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br>Re: Dkt. No. 115 |

On March 22, 2019, Plaintiff Vendavo, Inc. filed an administrative motion to file under seal. (Dkt. No. 115.) The Court DENIES the motion to file under seal without prejudice. First, Plaintiff fails to comply with the Civil Local Rules filing requirements, which requires that the administrative motion be accompanied by: "(D) An unredacted version of the document sought to be filed under seal." (N.D. Cal. Civil Local Rule 79-5(d)(1).) Plaintiff's administrative motion to file under seal contains only the declaration in support of the sealing motion and the proposed order. (*See* Dkt. No2. 115-1, 115-2.) While Plaintiff has provided a hard copy of the unredacted documents, the unredacted documents must also be filed under seal on the docket.

Second, Plaintiff's motion to file under seal is not narrowly tailored. For example, Plaintiff seeks to seal the entirety of Exhibit A, including its general objections and responses to instructions and definitions, as well as responses that appear to identify information in the publicly filed complaint. (*See* Exh. A at 13.) Likewise, Plaintiff seeks to seal the entirety of Exhibit B, despite only identifying "Highly Confidential -- Attorneys' Eyes Only Section" on pages 7-13 and 14-53.

Third, Plaintiff fails to adequately explain why the information is sealable. Plaintiff states that the exhibits contain "trade secret information, including descriptions of Vendavo's highly

proprietary source code, identification of source code by lines, and identification of the types of java packages Vendavo includes in its source code." (Oliver Decl. ¶ 6, Dkt. No. 115-1.) It is not clear, for example, how the information on Exhibit B, pages 14-48, fall under these categories, as they appear to be descriptions of features in Vendavo software, with no source code described. The Court requires additional information as to why each of the exhibits contains sealable information.

Accordingly, the Court DENIES Plaintiff's motion to file under seal without prejudice. Plaintiff may file a renewed motion to file under seal by **April 5, 2019**; the renewed motion must be narrowly tailored and comply with the Local Rules.

IT IS SO ORDERED.

Dated: March 27, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge