UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENDAVO, INC., <br>     Plaintiff, <br> v. <br> PRICE F(X) AG, et al., <br>     Defendants. | Case No. 17-cv-06930-RS (KAW) <br><br> **ORDER TERMINATING JOINT DISCOVERY LETTER** <br> Re: Dkt. No. 138 |

On June 20, 2019, the parties filed a joint letter regarding Plaintiff Vendavo, Inc.'s Request for Production of Documents ("RFP"). (Discovery Letter, Dkt. No. 138.) In the letter, Defendants Price f(x) AG and Price f(x), Inc. dispute that the parties met and conferred as to RFP Nos. 10-12 and 27. (*Id.* at 3-5.) Plaintiff primarily responds that the requests were particularly identified and raised in a letter prior to the meet and confer, and were "related" to issues that were discussed at the meet and confer. (*See id.* at 3.) Additionally, as to RFP No. 9, Plaintiff asserts that Defendants have provided no responsive documents, while Defendants respond that they have produced source code, revision history, and product demo, and will be producing design and development documents within the next two weeks. (*Id.*)

The Court finds this dispute suitable for disposition without hearing pursuant to Civil Local Rule 7-1(b),[1] and TERMINATES the discovery letter. The Court finds that the parties have not adequately met and conferred as to RFP Nos. 10-12 and 27. It is not sufficient to discuss a dispute by letter only. Prior to filing a discovery letter, the parties shall meet and confer on the specific requests in-person or telephonically, as required by the Court's standing order. (*See*

---

[1] The discovery letter sets a hearing for August 1, 2019. (Discovery Letter at i.) In general, discovery matters are resolved without a hearing unless the Court deems one necessary.

Westmore Standing Ord. ¶ 12.) As to RFP No. 9, Defendants state they have provided documents, and will be providing additional documents within the next two weeks. Defendants shall provide the design and development documents within two weeks of the date of this order; if there are any remaining disputes thereafter, the parties shall meet and confer prior to filing a discovery letter.

IT IS SO ORDERED.

Dated: July 9, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge