1  Matthew G. Berkowitz (Bar No. 310426)
   SHEARMAN & STERLING LLP
2  1460 El Camino Real, 2nd Floor
   Menlo Park, CA 94025
3  Telephone: 650.838.3600
   Fax: 650.838.3699
4  Email: matthew.berkowitz@shearman.com

5  John F. Cove Jr. (Bar No. 212213)
   L. Kieran Kieckhefer (Bar No. 251978)
6  SHEARMAN & STERLING LLP
   535 Mission Street, 25th Floor
7  San Francisco, CA 94105
   Telephone: 415.616.1100
8  Fax: 415.616.1339
   Email: john.cove@shearman.com
9          kieran.kieckhefer@shearman.com

10 Mark Hannemann (*pro hac vice*)
   Thomas R. Makin (*pro hac vice*)
11 Patrick R. Colsher (*pro hac vice*)
   SHEARMAN & STERLING LLP
12 599 Lexington Avenue
   New York, NY 10022
13 Telephone: 212.848.4000
   Fax: 646.848.7708
14 Email: mark.hannemann@shearman.com
          thomas.makin@shearman.com
15        patrick.colsher@shearman.com

16 *Attorneys for Defendants Price f(x), Inc. and Price f(x) AG*

17

18                     **UNITED STATES DISTRICT COURT**

19                     **NORTHERN DISTRICT OF CALIFORNIA**

20                              **SAN FRANCISCO DIVISION**

21 | VENDAVO, INC.,          | Case No. 17-cv-06930-RS |
22 |                         |                         |
   |        Plaintiff,       | **DECLARATION OF YUE (JOY) WANG IN SUPPORT OF REPLY IN SUPPORT OF PRICE F(X)'S MOTION TO ENJOIN VENDAVO FROM MAINTAINING A DUPLICATIVE TRADE SECRET ACTION IN ILLINOIS** |
23 |        v.               |                         |
24 | PRICE F(X) AG, et al.,  |                         |
25 |        Defendants.      |                         |

26

27

28

I, Yue (Joy) Wang, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California. I am an attorney with Shearman & Sterling, LLP and counsel of record for Defendants Price f(x) AG and Price f(x), Inc. (collectively, "Price f(x)"). I make this declaration in support of the Reply in Support of Price f(x)'s Motion to Enjoin Vendavo From Maintaining a Duplicative Trade Secret Action in Illinois. I have personal knowledge of the facts stated below, and if called upon to testify to those facts, I could and would competently do so.

2. On March 12, 2019, Plaintiff Vendavo, Inc. ("Vendavo") filed a separate action in the United States District Court for the Northern District of Illinois, *Vendavo Inc., v. Kim Long, Price f(x) AG, and Price f(x), Inc.*, Case No. 1:19-cv-01725 (the "Illinois Action"). The matter was assigned to Judge Robert M. Dow, Jr.

3. Attached hereto as Exhibit A is a true and correct copy of the public version of Defendants Price f(x) AG and Price f(x), Inc.'s Reply In Support of Their Motion to Dismiss Or, In The Alternative, Transfer dated July 2, 2019 and filed on July 19, 2019 as Docket No. 100 in the Illinois Action.

4. Attached hereto as Exhibit B is a true and correct copy of the public version of the Declaration of Matthew G. Berkowitz In Support of Defendants Price f(x) AG and Price f(x), Inc.'s Reply In Support of Their Motion to Dismiss Or, In The Alternative, Transfer dated July 2, 2019 and filed on July 19, 2019 as Docket No. 101 in the Illinois Action.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: July 23, 2019

*/s/ Yue (Joy) Wang*
Yue (Joy) Wang